tioner *pro se.* *George F. Barrett,* then Attorney General of Illinois, *William C. Wines, James C. Murray* and *Raymond S. Sarnow,* Assistant Attorneys General, for respondent.

No. 10, Misc. THOMPSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 373, Misc. BANKS *v.* NIERSTHEIMER, WARDEN, ET AL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 377, Misc. FERGUSON, TEMPORARY ADMINISTRATOR, ET AL. *v.* FERGUSON. Court of Civil Appeals, 3d Supreme Judicial District, of Texas. Certiorari denied.

No. 414, Misc. THOMAS *v.* MOORE, WARDEN. District Court of Walker County, Texas. Certiorari denied. Petitioner *pro se.* *Price Daniel,* Attorney General of Texas, *Frank Lake,* Assistant Attorney General, and *Joe R. Greenhill,* First Assistant Attorney General, for respondent.

No. 424, Misc. ODDO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 450, Misc. DE NORMAND ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for the United States.